UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS,<br><br>           Plaintiff,<br><br>      v.<br><br>THERESA CISNEROS,<br><br>           Defendant. | 1:22-cv-01213-BAK (GSA) (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 45 DAYS** |

Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $402.00 filing fee or submitted a complete application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.[1]

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

    Dated:   **September 27, 2022**                **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's complaint appears to include a single page from an application to proceed *in forma pauperis* (*see* Doc. 1 at 4), but the application is incomplete, and the single page appears amid the form complaint itself.

1