UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS,<br><br>    Plaintiff,<br><br>  v.<br><br>THERESA CISNEROS,<br><br>    Defendant. | 1:22-cv-01213-JLT-CDB (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS FOR PLAINTIFF'S FAILURE TO PROSECUTE AND TO OBEY COURT ORDER**<br><br>(Doc. 9) |

Plaintiff Marvin Harris is a state prisoner proceeding *pro se* in this civil rights action filed under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 16, 2022, the assigned magistrate judge issued findings and recommendations to dismiss this case without prejudice for Plaintiff's failure to prosecute and to comply with a court order. (Doc. 9). More specifically, Plaintiff failed to submit an application to proceed *in forma pauperis* or pay the $402.00 filing fee as previously ordered. (*Id.*)

On December 5, 2022, Plaintiff filed a document titled "Notice of Motion and to Reverse United States Magistrate Judge Findings and Recommendations" (Doc. 10) as well as a document titled "Notice of Motion and to Reverse United States Magistrate Judge and Objections to Magistrate Judge Findings and Recommendations" (Doc. 11). The Court construes both documents to be Plaintiff's objections to the previously issued findings and recommendations. In those objections, Plaintiff asks the Court to "command California SATF

1

Corcoran State Prison" to provide Plaintiff with a copy of his trust statement "so he can pay the fee" if he has the "correct money." (Docs. 10 & 11.) He claims his own requests are "always" delayed. (*Id.*)

Following a request from the Clerk of Court, the California Department of Corrections and Rehabilitation submitted Plaintiff's trust account statement to this Court on December 8, 2022. (Doc 13.) It reflects Plaintiff's account balance as of December 7, 2022 to be $0.66. (*Id.*) Plaintiff is clearly unable to pay the filing fee at this time, and he has failed to comply with the Court's previous order requiring him to submit an *in forma pauperis* application. (*See* Docs. 5 & 9.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, the **IT IS HEREBY ORDERED** that:

1. The findings and recommendations issued on November 16, 2022 (Doc. 9) are **ADOPTED IN FULL**.
2. This action is **DISMISSED** without prejudice for failure to prosecute and failure to comply with a court order; and
3. The Clerk of Court is directed terminate all pending motions and to close this case.

IT IS SO ORDERED.

Dated:   **December 12, 2022**                                   _Jennifer L. Thurston_
                                                                  UNITED STATES DISTRICT JUDGE

2